

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|                        |   |                              |
|------------------------|---|------------------------------|
|                        | § |                              |
| EDGAR CARDENAS,        | § | No. 08-18-00083-CR           |
| Appellant,             | § | Appeal from the              |
| v.                     | § | 346th District Court         |
| THE STATE OF TEXAS,    | § | of El Paso County, Texas     |
| State.                 | § | (TC# 20180D01708)            |
|                        | § |                              |

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **October 17, 2019.** NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before October 17, 2019.

IT IS SO ORDERED this 4th day of September, 2019.

PER CURIAM